■ STEPHEN J. FERRY, Appellant, v JOAN L. FERRY, Respondent. [682 NYS2d 363] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Graney, J. (Appeal from Judgment of Supreme Court, Genesee County, Graney, J.—Matrimonial.) Present—Green, J. P., Pine, Wisner, Callahan and Boehm, JJ.

■ In the Matter of WILLIAM SPIES, JR., Petitioner, v BRIAN J. WING, as Commissioner of New York State Office of Temporary and Disability Assistance, et al., Respondents. [683 NYS2d 464] —Determination unanimously confirmed without costs and petition dismissed *(see, Matter of Sutton v Wing*, 249 AD2d 945). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Jefferson County, Gilbert, J.) Present—Green, J. P., Pine, Wisner, Callahan and Boehm, JJ.

■ VICKY B. STEFANIAK, Respondent, v JOHN E. STEFANIAK, Appellant. [682 NYS2d 363] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Graney, J. (Appeal from Order of Supreme Court, Genesee County, Graney, J.—Matrimonial.) Present—Green, J. P., Pine, Wisner, Callahan and Boehm, JJ.

■ In the Matter of LINDA LaSALLE, Petitioner, v BRIAN J. WING, as Commissioner of New York State Office of Temporary and Disability Assistance, et al., Respondents. [684 NYS2d 90] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: The determination sanctioning petitioner for failure to attend a work experience program interview without good cause is supported by substantial evidence *(see, Matter of Bishop v New York State Dept. of Social Servs.*, 246 AD2d 391, *lv denied* 91 NY2d 813; *see also, Matter of Kelly v Wing*, 237 AD2d 976). The medical reports received at the fair hearing establish that petitioner is able to participate in the work experience program with stated limitations *(see*, Social Services Law § 332-b [4] [e] [ii]). We have considered petitioner's remaining contentions and conclude that they are without merit. (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Jefferson County, Gilbert, J.) Present—Green, J. P., Pine, Wisner, Callahan and Boehm, JJ.